UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-80246-MIDDLEBROOKS

NELSON FERNANDEZ,

    Plaintiff,

v.

BLRG, INC., D/B/A CHOPS LOBSTER BAR, a foreign for-profit corporation,

    Defendant.

_____/

## ORDER CLOSING CASE

**THIS CAUSE** is before the Court on the Parties' Joint Stipulation of Dismissal with Prejudice, filed October 16, 2025. (DE 8). Pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing, and no order of the Court is required to dismiss this action. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) The Clerk of Court shall **CLOSE THIS CASE.**

(2) All pending motions are **DENIED AS MOOT.**

(3) Except as otherwise agreed, the Parties shall each bear their own fees and costs.

**SIGNED** in Chambers, at West Palm Beach, Florida, this 20th day of October, 2025.

Donald M. Middlebrooks
United States District Judge